No. 95–6646. WESLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6648. THATCHER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6650. JOHNSON *v.* SUBLETT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–6651. MCGINLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6658. HUGLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6661. RILEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6663. WILHIKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–195. WINDHAM ET AL. *v.* FIRST GIBRALTAR BANK, F. S. B. C. A. 10th Cir. Motion of Federal Deposit Insurance Corporation as Manager of the FSLIC Resolution Fund to be substituted for First Gibraltar Bank as respondent granted. Certiorari denied.

No. 95–656. CANADIAN GENERAL INSURANCE CO. *v.* DOMTAR, INC. Sup. Ct. Minn. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–5807 (A–475). ASAY ET AL. *v.* FLORIDA PAROLE COMMISSION ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 95–6951 (A–477). WHITE *v.* FLORIDA; and WHITE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.